**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARI CARTAGENOVA, KEVIN MANSFIELD, AND ABBY MUSICK on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOTDASH MEREDITH, INC.<br><br>Defendant. | Case No. 25-cv-11638-NMG<br><br>**ORAL ARGUMENT REQUESTED** |

**<u>DEFENDANT DOTDASH MEREDITH, INC.'S MOTION TO DISMISS</u>**

Defendant Dotdash Meredith, Inc. ("DDM") hereby moves the Court to dismiss the Complaint of Plaintiffs Mari Cartagenova, Kevin Mansfield, and Abby Musick (the "Complaint") for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. Alternatively, even if the Court determines that Plaintiffs Cartagenova, Mansfield, and Musick (together, the "Plaintiffs") have established that this Court has personal jurisdiction over DDM, the Complaint should be dismissed for Plaintiffs' failure to state a claim against DDM pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, DDM hereby incorporates by reference the supporting Memorandum of Law, the supporting Declarations of Jennifer D. Bishop and Alexandra Brez, and any other written and oral argument that may be presented to the Court.

For the reasons stated therein, DDM respectfully requests that the Court dismiss Plaintiffs' Complaint in its entirety, with prejudice, for lack of personal jurisdiction, or, in the alternative, for failure to state a claim.

# **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), DDM requests the opportunity to address the Court at oral argument on its Motion so that DDM may directly engage with the Court on the issues set forth in the supporting Memorandum, as well as address any questions the Court may have.

Dated: August 22, 2025

Respectfully submitted,

DOTDASH MEREDITH, INC.

By its attorneys,

/s/ *Tony K. Lu*
Tony K. Lu (BBO# 678791)
DENTONS US LLP
101 Federal Street
Suite 1900
Boston, Massachusetts 02110
Tel: (617) 235-6817
Email: tony.lu@dentons.com

Kristen C. Rodriguez (*admitted pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Email: kristen.rodriguez@dentons.com

Lyndsey M. Wajert (*admitted pro hac vice*)
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Tel: (312) 876-8000
Email: lyndsey.wajert@dentons.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that the parties met and conferred in good faith to resolve or otherwise narrow the issues in this motion. Counsel for Plaintiff opposes this Motion.

/s/ *Tony K. Lu*

## CERTIFICATE OF SERVICE

I certify that on August 22, 2025, I caused to be filed electronically a true copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification.

/s/ *Tony K. Lu*