**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARI CARTAGENOVA, KEVIN MANSFIELD, AND ABBY MUSICK on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOTDASH MEREDITH, INC.<br><br>Defendant. | Case No. 1:25-cv-11638-NMG |

**DECLARATION OF JENNIFER D. BISHOP**

I, Jennifer D. Bishop, submit this declaration in support of Defendant Dotdash Meredith, Inc. a/k/a/ People Inc.'s ("Dotdash Meredith's") Motion to Dismiss the Complaint.[1]

1. The statements set forth below are based on personal knowledge and belief and my inspection of Dotdash Meredith's records. If called to testify on the statements below, I am willing and able to do so.

2. I am the Deputy General Counsel of Dotdash Meredith and have held this position since March 2024.

**Background on Dotdash Meredith, PEOPLE, and Entertainment Weekly**

3. Dotdash Meredith is an American media company incorporated in Delaware with its headquarters at 225 Liberty Street, New York, New York.

[1] On July 31, 2025, Dotdash Meredith Inc. announced a rebrand as People Inc. *See* https://www.prnewswire.com/news-releases/dotdash-meredith-is-now-people-inc-302518654.html. For purposes of this Motion and to avoid confusion, Defendant will refer to itself as "Dotdash Meredith."

4. Dotdash Meredith is a U.S. digital and print publisher of more than 40 different brands, including PEOPLE and Entertainment Weekly.

5. In 2021, the digital publishing company Dotdash acquired the magazine publishing business of Meredith Corporation (the publisher of PEOPLE and Entertainment Weekly), and Dotdash rebranded as "Dotdash Meredith." As a result of the acquisition, certain of the operations, assets, and liabilities of the former Meredith Corporation are now held by a Dotdash Meredith subsidiary, Meredith Operations Corporation. Operations, assets, and liabilities relating to Dotdash Meredith's Allrecipes brand are held by a Meredith Operations Corporation subsidiary named Allrecipes.com, Inc. Operations, assets, and liabilities relating to Dotdash Meredith's People brand are held by a Meredith Operations Corporation subsidiary named TI Gotham Inc. Operations, assets, and liabilities relating to Dotdash Meredith's Entertainment Weekly brand are held by a TI Gotham Inc. subsidiary named Entertainment Weekly, LLC.

**Dotdash Meredith's Massachusetts Activities**

6. In connection with its publishing business, Dotdash Meredith's business activities in Massachusetts are minimal, if not entirely nonexistent. None of its more than 40 brands publish out of Massachusetts. Dotdash Meredith does not own any real estate in Massachusetts. It has no offices in Massachusetts.

7. Of Dotdash Meredith's more than 3100 current U.S.-based employees, Dotdash Meredith has just 27 employees who currently work remotely from Massachusetts. Only two of those employees are dedicated to the People brand, one as a writer-reporter and the other as an editor. None of the employees in Massachusetts are dedicated to the Entertainment Weekly brand.

8. For tax purposes in its ordinary course of business, Dotdash Meredith apportions its total revenue on a state by state basis, with only 2.1% of its overall revenue coming from Massachusetts in 2023 (the last year for which Dotdash Meredith has completed its tax apportionment exercise).

9. On February 28, 2025, Abby Musick, Mari Cartagenova, and Kevin Mansfield filed a putative class action pursuant to the Video Privacy Protection Act against Dotdash Meredith Inc. in the United States District Court for the Southern District of New York, under Case Number 1:25-cv-01718. On May 27, 2025, the plaintiffs filed a notice of voluntary dismissal pursuant to F.R.C.P. 41(a)(1)(A)(i) in that case. *See Musick v. Dotdash Meredith, Inc.*, Case No. 1:25-cv-01718, Dkt. No. 16 (filed May 27, 2025).

10. On June 5, 2025, Mari Cartagenova, Kevin Mansfield, and Abby Musick filed this action.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of August, 2025 in New York, New York.

Signed by:
1AF4BBC981B84A9
Jennifer D. Bishop

## CERTIFICATE OF SERVICE

I certify that on August 22, 2025, I caused to be filed electronically a true copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification.

/s/ *Tony K. Lu*