**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARI CARTAGENOVA, KEVIN MANSFIELD, AND ABBY MUSICK on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DOTDASH MEREDITH, INC.<br><br>Defendant. | Case No. 1:25-cv-11638-NMG |

**DECLARATION OF ALEXANDRA BREZ**

I, Alexandra Brez, submit this declaration in support of Defendant Dotdash Meredith, Inc. a/k/a People Inc.'s ("Dotdash Meredith's") Motion to Dismiss the Complaint.

1. The statements set forth below are based on personal knowledge and belief and my inspection of Dotdash Meredith's, People's, and Entertainment Weekly ("EW")'s records. If called to testify on the statements below, I am willing and able to do so.

2. I am the Vice President, Editorial Operations and Finance Director for the Entertainment and Style Group of Dotdash Meredith, which includes the People and EW brands. I have been employed in editorial operational roles by Dotdash Meredith and its predecessor companies since 2014.

## I. Background on People

3. People is an American print and online magazine that specializes in celebrity news and human-interest pieces. After first publishing in 1974, People has connected readers to personality-driven stories that reflect the interests of its vast and varied audience.

4. People is part of the Dotdash Meredith family of brands.

5. People publishes a weekly print magazine. People also publishes daily on its website, People.com. People also operates various pages and channels on social media platforms, including Instagram and Facebook.

6. People has its headquarters in New York, New York. People does not have any offices in Massachusetts. A third party vendor prints the physical magazine in Wisconsin. There is one writer-reporter and one editor for People who work remotely from Massachusetts, covering stories of national interest.

**II. Background on EW**

7. EW is an American digital entertainment magazine that has published stories on Hollywood, pop culture, and celebrities since 1990.

8. EW is part of the Dotdash Meredith family of brands.

9. EW publishes daily on its website, EW.com. EW also operates various pages and channels on social media platforms, including Instagram and Facebook.

10. EW has its headquarters in New York and Los Angeles, California. EW does not have any offices in Massachusetts. EW has no employees working from Massachusetts.

**III. Operation of People.com and EW.com**

11. As mentioned above, both People and EW own and operate websites, People.com and EW.com, where they publish various articles and content for a national audience.

12. When a person visits People.com or EW.com, neither People nor EW obtains or tracks specific location data, like geolocation information.

13. People and EW can, however, potentially infer the general location of a visitor to their websites based upon the IP address associated with the visitor's internet access point.

14. However, if the visitor to People.com or EW.com uses a "Virtual Private Network" or "VPN" (or some other service that masks IP address) to access the website, People cannot infer the visitor's actual general location based on the IP address.

15. As of July 30, 2025, for 2025 thus far, only 3.27% of visitors to People.com have accessed the website using IP addresses that are typically associated with a location in Massachusetts. For the past 12 months ending July 30, 2025, only 3.02% of visitors to People.com have accessed the website using IP addresses that are typically associated with a general location in Massachusetts. This data is based on inferences drawn from IP address information as discussed above.

16. As of July 30, 2025, for 2025 thus far, only 2.97% of visitors to EW.com have accessed the website using IP addresses that are typically associated with a location in Massachusetts. For the past 12 months ending July 30, 2025, only 2.66% of visitors to EW.com have accessed the website using IP addresses that are typically associated with a general location in Massachusetts. This data is based on inferences drawn from IP address information as discussed above.

## IV. People's and EW's Newsletters

17. In addition to the print and online versions of People magazine, People.com and EW.com, People and EW also allow users to sign up to receive various email newsletters (the "Newsletters") on various topics.

18. The Newsletters provide a digest of stories and articles via email. The Newsletters often include hyperlinks to stories hosted on the People or EW website. Typically, if a Newsletter recipient clicks on a hyperlink included in a Newsletter, the recipient's web browser will open to a webpage displaying the associated article.

19. There is no cost to sign up for a People or EW Newsletter, and visitors to People.com and EW.com are not required to register to view any content on the websites or to sign up for Newsletters.

20. Like with visitors to their websites, neither People nor EW obtains or tracks specific location data, like geolocation information, for Newsletter recipients. But, as with visitors to People.com and EW.com, People and EW can make an inference of the potential general location of a Newsletter recipient based on the general location of the IP address associated with the internet access point the recipient is using when engaging with the email.

21. A Newsletter recipient "engages" when the user takes an action with respect to the email, such as opening the Newsletter or clicking on a link within the Newsletter. But unless a Newsletter recipient takes such an action, People, EW, and their respective email service providers cannot determine IP address information for the recipient. Further, the IP addresses associated with Newsletter opens are not reliable indicators of location because they can be associated with the internet access point of email tools the visitor is using on their device and not their actual internet access point, as well as because of the use of VPNs. The IP address of a Newsletter recipient is not immediately associated within People's and EW's email systems at the time the recipient signs up for the Newsletter.

## V. Marketing Activities in Massachusetts

22. Neither People nor EW purposefully directs advertising or solicitations at Massachusetts residents. Their promotional efforts for Newsletters, their websites, the print or digital versions of People, or any other product offered by People or EW are conducted on a nationwide basis, without state-specific targeting. Further, neither People nor EW create or

publish any content specific to Massachusetts, nor do they create or publish targeted content for Massachusetts residents.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August, 2025 in New York, New York.

ALEXANDRA BREZ

**CERTIFICATE OF SERVICE**

I certify that on August 22, 2025, I caused to be filed electronically a true copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification.

/s/ *Tony K. Lu*