**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARI CARTAGENOVA, KEVIN MANSFIELD, and ABBY MUSICK on behalf of themselves and all others similarly situated,<br>*Plaintiffs*,<br>v.<br>DOTDASH MEREDITH, INC.<br>*Defendant*. | Case No. 1:25-cv-11638<br>Hon. Nathaniel M. Gorton<br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE *INSTANTER***

NOW COMES Plaintiffs, by their attorneys, LOEVY & LOEVY, under Local Rule 5.4(d), and respectfully move this Court for leave to file *instanter* their response to Defendant's Motion to Dismiss. In support, Plaintiffs state as follows:

1. Plaintiffs' Response to Defendant's Motions is due today, October 3, 2025.

2. Counsel for Plaintiffs has been diligent in preparing the responsive pleading. However, due to the complexity of the matters raised in the pleadings, and competing obligations with respect to other matters, counsel were unable to file their response by 6:00pm, Eastern Daylight Time, deadline.

3. Plaintiffs seek very narrow relief: that their attached response to Defendant Dotdash Meredith's Motions to Dismiss filed less than 6 hours after the deadline be deemed timely filed *instanter*.

4. Plaintiffs are seeking this relief in good faith, and it should not cause any undue delay or prejudice to the parties.

5. Counsel for Plaintiffs apologizes to the Court for the delay and respectfully submit that the foregoing constitutes good cause to permit the filing of Plaintiffs' Response on October 3, 2025 at 11:55 PM.

6. WHEREFORE, counsel for Plaintiffs respectfully requests leave to file instanter the attached Response to Defendant's Motions to Dismiss.

Dated: October 3, 2025

RESPECTFULLY SUBMITTED,

By: /s/ Tom Hanson
*One of Plaintiffs' Attorneys*

Mark Loevy-Reyes, BBO No. 707974
Jonathan Loevy*
Michael Kanovitz*
Thomas M. Hanson*
Loevy + Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
P: (312) 243-5900
F: (312) 243-5902
hanson@loevy.com
*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I, Thomas M. Hanson, an attorney, hereby certify that on October 3, 2025, the foregoing document was filed using the Court's CM/ECF filing system, which effected service on counsel of record.

/s/ Thomas M. Hanson
Thomas M. Hanson