UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:25-11638-NMG

Mari Cartagenova, et al

v.

Dotdash Meredith, Inc.

ORDER OF DISMISSAL

GORTON, D.J.

In accordance with the Court's allowance of the Defendant's Motion to Dismiss on 2/6/2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Christine M. Lima
Deputy Clerk

February 6, 2026